**Order filed October 11, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00809-CV
_____

### INDIRA S. PATEL, Appellant

### V.

### PATRICK O'CONNOR & ASSOCIATES, LP, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 952135**

---

## O R D E R

The clerk's record was filed October 5, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal.

The Harris County Clerk is directed to file a supplemental clerk's record on or before October 25, 2012, containing the notice of appeal.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM